# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. REIBER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DURAN, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01827-GBC PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, AND DIRECTING CLERK'S OFFICE TO ENTER JUDGMENT<br><br>(Doc. 8) |

　　　Plaintiff James M. Reiber, a state prisoner proceeding pro se and in forma pauperis, filed this civil action pursuant to 42 U.S.C. § 1983 on October 19, 2009.  On October 13, 2010, the Court issued an order dismissing the complaint for failure to state a claim upon which relief may be granted and requiring Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims.

　　　More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///
///
///
///

1

1 | Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2 | HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which
3 | relief may be granted. The Clerk's Office SHALL enter judgment against Plaintiff.
4 | IT IS SO ORDERED.

Dated:   November 30, 2010

UNITED STATES MAGISTRATE JUDGE